MPR:EMR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SEFTON WRIGHT,

                Defendant.

- - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

<u>ARREST WARRANT AND COMPLAINT</u>

(T. 18, U.S.C., § 1951(a))

No. 19-MJ-720

EASTERN DISTRICT OF NEW YORK, SS:

        NEAL MAXSON, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

        On or about July 23, 2019, within the Eastern District of New York, the defendant SEFTON WRIGHT, together with others, did knowingly and intentionally obstruct, delay and affect commerce and the movement of articles and commodities in commerce, to wit: an iPhone cellular telephone, by robbery.

        (Title 18, United States Code, Section 1951(a))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been involved in the investigation of numerous cases involving robbery, narcotics

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

and gun trafficking offenses. During the course of those investigations, I have conducted physical surveillance, debriefed confidential informants and interviewed civilian witnesses. I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part only.

2. On or about July 23, 2019, the defendant SEFTON WRIGHT and a group of several other individuals violently kicked, punched and stabbed a victim in the vicinity of 68 Saint Paul's Place in Brooklyn, New York, and the defendant stole an iPhone from the victim's person. Following the robbery, law enforcement agents spoke with the victim, who confirmed that he was kicked, punched and stabbed by a group of males, and that one of the males stole his red iPhone. The victim suffered multiple injuries, including stab wounds, as a result of the robbery.

3. I have reviewed video surveillance footage from the vicinity of 68 Saint Paul's Place. The video surveillance footage corroborates the victim's account of the robbery. Among other things, it shows a group of males surrounding the victim. One of the males is wearing white basketball shorts, black sneakers, and no shirt. I have reviewed photographs of the defendant from law enforcement databases, compared the photographs with the surveillance footage, and the individual wearing white basketball shorts, black sneakers and no shirt on the surveillance footage appears to be the defendant.

4. The video shows the group of males talking with the victim. All of a sudden, another male walks up to the group and punches the victim in the face. Immediately thereafter, the other males surrounding the victim begin to punch the victim as he tries to get

away.  One of the males also makes a stabbing motion across the victim's back.  During this attack, the defendant punches the victim multiple times, pulls the victim back to prevent him from running away, and throws the victim onto the ground, where the defendant and other males kick and stomp him.  Towards the end of the attack, the defendant leans over the victim, who is laying on the ground, and takes a cellular telephone-sized object from the victim's person.  Although the victim tries to hold on to the object, the defendant wrestles it out of the victim's hand and places the object in his pocket.  Shortly after the defendant takes the object, the defendant and the other males stop the attack and walk away.

5. On or about August 7, 2019, law enforcement agents arrested the defendant SEFTON WRIGHT for the robbery.  Following his arrest, the defendant SEFTON WRIGHT was informed of his Miranda rights, and he agreed to waive those rights and speak to law enforcement.  He admitted to his participation in the July 23, 2019 attack, and admitted that during the during the attack he forcibly stole the victim's iPhone from the victim's person and placed it in his pocket.

6. In my training and experience, I know that iPhones are manufactured outside of New York State.

7. WHEREFORE, your deponent respectfully requests that the defendant SEFTON WRIGHT be dealt with according to law.

8. Your deponent further requests that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant.  Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the internet.  Therefore, premature disclosure of the contents of this affidavit and related documents will

seriously jeopardize the investigation, including by giving the target an opportunity to flee, destroy or tamper with evidence and change patterns of behavior.

_____
NEAL MAXSON
Special Agent
Federal Bureau of Investigation

Sworn to before me this
9th day of August, 2019

/s/ SJB
_____
THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK